Dorothy M. HARRIS, Claimant–
Appellant,

v.

**James B. PEAKE, M.D., Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2007–7313.

United States Court of Appeals,
Federal Circuit.

Aug. 11, 2008.

LOURIE, RADER, and PROST, Circuit Judges.

Robert M. Hodges, of Chicago, IL, argued for claimant-appellant.

Lauren S. Moore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant Gener-

al Counsel, and Y. Ken Lee, Attorney, United State Department of Veterans Affairs, of Washington, DC. Of counsel was Ethan G. Kalett, United States Department of Veterans Affairs.

MAYER and LINN, Circuit Judges and ILLSTON, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.